AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

In the Matter of the Search of )
)
) Case No. 5:23-MJ-5010-MAS
**INFORMATION THAT IS STORED AT PREMISES** )
**CONTROLLED BY GOOGLE LLC** )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    __Northern__    District of    __California__
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    __January 31, 2023__    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    __Matthew A. Stinnett__
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    __2:07 PM, Jan 17, 2023__    __/s/ Matthew A. Stinnett__
Judge's signature

City and state:    Lexington, Kentucky    Matthew A. Stinnett, United States Magistrate Judge
Printed name and title

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 5:23-MJ-5010-MAS | Date and time warrant executed: 1/17/23 APPROX 4:00 PM | Copy of warrant and inventory left with: Retained By Google LLC |
| Inventory made in the presence of: S/A JACK MORGAN ATF |||
| Inventory of the property taken and name(s) of any person(s) seized: SEE ATTACHED SEARCH WARRANT RESULTS, PROVIDED BY GOOGLE |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/1/23

*Executing officer's signature*

RUSSEL KING S/A ATF 4732
*Printed name and title*

## ATTACHMENT A

### Property To Be Searched

This warrant is directed to Google LLC and applies to:

(1) location history data, sourced from information including GPS data and information about visible wi-fi points and Bluetooth beacons transmitted from devices to Google, reflecting devices that Google calculated were or could have been (as indicated by margin of error, *i.e.,* "maps display radius") located within the geographical region bounded by the latitudinal and longitudinal coordinates, dates, and times below ("Initial Search Parameters"); and

(2) identifying information for Google Accounts associated with the responsive Location History data.

### Initial Search Parameters

- Date: January 4, 2023
- Time Period (4:40 AM to 5:05 AM EST)
- Target Location: Geographical area surrounding the business and premises identified as Dan's Discount Jewelry and Pawn, located at 1101 Kim Kent Drive, Richmond, Madison County, Kentucky (See below photograph, captured from Google Maps)

### Polygon with coordinates:

- Point 1: 37.7375787°, -84.2714798°
- Point 2: 37.7378736°, -84.2712974°
- Point 3: 37.7375915°, -84.2706456°
- Point 4: 37.7373030°, -84.2708763°



Figure 1 – Photograph above depicts Dan's Discount Jewelry and Pawn, as captured by Google Earth. The box drawn represents the approximate location of the GPS coordinates listed above and is the "geofence" requested in this Affidavit. Only devices present inside this "geofence" during the time period specified in this Affidavit will be reported by Google to law enforcement. The requested information is specific in regard to time and physical location.

## ATTACHMENT B

### Particular Items to Be Seized

### I.  Information to be disclosed by Google

Google shall provide responsive data (as described in Attachment A) to the government pursuant to the following process:

1.  Google shall query location history data based on the Initial Search Parameters specified in Attachment A.

2.  For each location point recorded within the Initial Search Parameters, and for each location point recorded outside the Initial Search Parameters where the margin of error (*i.e.*, "maps display radius") would permit the device to be located within the Initial Search Parameters, Google shall produce to the government anonymized information specifying the corresponding unique device ID, timestamp, coordinates, display radius, and data source, if available (the "Anonymized List").

3.  The government shall review the Anonymized List in order to prioritize the devices about which it wishes to obtain identifying information.

4.  Google is required to disclose to the government identifying information, as defined in 18 U.S.C. § 2703(c)(2), for the Google Account associated with each device ID about which the government inquires.

### II.  Information to Be Seized

All information described above in Section I that constitutes evidence of violations of 18 U.S.C §§ 922(u) and 922(j) – theft of firearms from a federal firearms licensee (FFL)/knowing possession

of stolen firearms – having been committed on January 4, 2023, during the time period specified in Attachment A.

| Reverse Location Obfuscated ID | Date | Time (America/New_York) |
|---|---|---|
| 010101BD56354D9C33AE95AB91F68BEB036BD0FAC3C6BD66670220A205DD5B2AD540FBCB8F87F1 | 1/4/2023 | 05:01:05 (-05:00) |
| 010101BD56354D9C33AE95AB91F68BEB036BD0FAC3C6BD66670220A205DD5B2AD540FBCB8F87F1 | 1/4/2023 | 04:58:05 (-05:00) |
| 010101BD56354D9C33AE95AB91F68BEB036BD0FAC3C6BD66670220A205DD5B2AD540FBCB8F87F1 | 1/4/2023 | 04:54:05 (-05:00) |
| 010101BD56354D9C33AE95AB91F68BEB036BD0FAC3C6BD66670220A205DD5B2AD540FBCB8F87F1 | 1/4/2023 | 05:00:05 (-05:00) |
| 010101BD56354D9C33AE95AB91F68BEB036BD0FAC3C6BD66670220A205DD5B2AD540FBCB8F87F1 | 1/4/2023 | 04:57:05 (-05:00) |
| 010101BD56354D9C33AE95AB91F68BEB036BD0FAC3C6BD66670220A205DD5B2AD540FBCB8F87F1 | 1/4/2023 | 04:52:05 (-05:00) |

| Latitude | Longitude | Source | Maps display radius(m) |
|---|---|---|---|
| 37.7374668 | -84.2707697 | WIFI | 12 |
| 37.737465 | -84.2707682 | WIFI | 11 |
| 37.7374657 | -84.2707575 | WIFI | 12 |
| 37.7374662 | -84.2707661 | WIFI | 13 |
| 37.7374666 | -84.270763 | WIFI | 13 |
| 37.7374695 | -84.2707685 | WIFI | 60 |

```
****All information contained alongside this file within the ZIP container is Google
Confidential and Proprietary****

Export Summary

Originating Identifier:
$GFT=37.737303:-84.2708763,37.7375787:-84.2714798,37.7378736:-84.2712974,37.7375915:
-84.2706456#2023-01-04T04:40:00-05:00,2023-01-04T05:05:00-05:00 [Geofence]
Resolved Identifier:
$GFT=37.737303:-84.2708763,37.7375787:-84.2714798,37.7378736:-84.2712974,37.7375915:
-84.2706456#2023-01-04T04:40:00-05:00,2023-01-04T05:05:00-05:00 [Geofence]
Resolution Path:
$GFT=37.737303:-84.2708763,37.7375787:-84.2714798,37.7378736:-84.2712974,37.7375915:
-84.2706456#2023-01-04T04:40:00-05:00,2023-01-04T05:05:00-05:00 [Geofence] ->
$GFT=37.737303:-84.2708763,37.7375787:-84.2714798,37.7378736:-84.2712974,37.7375915:
-84.2706456#2023-01-04T04:40:00-05:00,2023-01-04T05:05:00-05:00 [Geofence]
Service: Reverse Location History
Resource: Reverse Location History Step 1

Coordinates:
37.737303:-84.2708763,37.7375787:-84.2714798,37.7378736:-84.2712974,37.7375915:-84.2
706456
Start of date range: 2023-01-04 09:40:00 UTC
End of date range: 2023-01-04 10:05:00 UTC

------------------------------------------------------------------------------------
-------------


Number of Reverse Location Obfuscated IDs: 1
```



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

01/24/23

Special Agent Russel King
Bureau of Alcohol, Tobacco, Firearms & Explosives
2424 Sir Barton Way, Suite #200
Lexington, KY 40509

### Re: Search Warrant dated January 17, 2023 (Google Ref. No. 29606994)
*775065-23-0013; 5:23-MJ-5010-MAS*

Dear Special Agent King:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the geographical coordinates, 37.737303, -84.2708763, 37.7375787, -84.2714798, 37.7378736, -84.2712974, 37.7375915, -84.2706456, within the Initial Search Parameters as specified in the Search Warrant. We do not have an existing capability that would enable the identification of devices with a location report "outside the Initial Search Parameters where the margin of error (i.e., 'maps display radius') would permit the device to be located within the Initial Search Parameters." If your legal request seeks information regarding CELL sourced location coordinates, our response does not include such information, to the extent that it exists, because such information is not sufficiently accurate to geolocate for the purpose of identifying users in areas that have a dimension of less than approximately one to two thousand meters.

We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

The enclosed file produced is responsive to step 1 of your Search Warrant. The purpose of this step of the warrant process is for you to remove devices that do not appear to be relevant to



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

your investigation (for example, devices that were not in the relevant location for a long enough period of time). The information in this production contains an alphanumeric Reverse Location Obfuscated ID (not the Device ID or device tag that you may have seen in prior Reverse Location History matters) to distinguish devices in a particular account's Location History. This Reverse Location Obfuscated ID cannot be mapped to an Android ID or an IMEI/MEID, and is not a valid target identifier that can be used to search for information separately from this Reverse Location History warrant.

For the devices that you have narrowed and determined to be relevant, law enforcement may request identifying information by emailing USLawEnforcement@google.com with the Google reference number in the Subject Line and with the Reverse Location Obfuscated ID(s) requested. If there are two or more locations in this Search Warrant, please list the location followed by the requested devices for that location (for example, "Location 1: Reverse Location Obfuscated ID(s) XXXX, XXXX, and XXXX"). Google may provide basic subscriber information (as defined in 18 U.S.C. § 2703(c)(2)) in response. **The request for identifying information must be received within 60 days of this letter, after which Reverse Location Obfuscated ID(s) in this Search Warrant may not be used to obtain identifying information.** Pursuant to the Search Warrant, once identifying information is produced, further information cannot be provided without additional legal process.

Under Google's user notice policy, Google will notify the users of the Google accounts identified unless such notice is prohibited by law (e.g., non-disclosure order).

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Yonishka Voorhees
Google Legal Investigations Support



Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043  
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.  I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.  I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.  Google provides Internet-based services.

4.  Attached is a true and correct copy of records pertaining to the geographical coordinates *37.737303, -84.2708763, 37.7375787, -84.2714798, 37.7378736, -84.2712974, 37.7375915, -84.2706456,* with Google Ref. No. 29606994 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.  The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.  The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

\_\_\_/s\_Yonishka Voorhees_____          Date: 01/24/23  
(Signature of Records Custodian)

    Yonishka Voorhees  
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

### Attachment A: Hash Values for Production Files (Google Ref. No. 29606994)

29606994.Location_001.zip:

MD5- 7dced15a8037dedf34583b1d2a79c8cb
SHA512-
901a4cb5350b4c6d3a4ed1bf099cedaf970d62adc5d96dc7aa658102ca462fecbbd4a9d6d513d5463670fc023f666bcc5b7bd30e87720a3f62dec96b25fcac78